AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Cory Wayne Patterson<br><br>Defendant(s) | )<br>)<br>) Case No.<br>)     1:22mj-044-DAS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **September 3, 2022** in the county of **Lee** in the **Northern** District of **Mississippi**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 32(a) | Destruction of Aircraft |
| 18 U.S.C. 32(c) | Threats Involving the Destruction of Aircraft |

This criminal complaint is based on these facts:
See Attachment A

☒ Continued on the attached sheet.

_____
Complainant's signature

John Marsh, Special Agent, FBI
Printed name and title

Attested to by the complainant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: September 12, 2022

_____
Judge's signature

City and state: Amory, MS

Judge David A. Sanders, Magistrate Judge
Printed name and title