AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
SEP 14 2022
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

U.S. MARSHALS
NORTHERN DISTRICT OF MISSISSIPPI
2022 SEP 13 AM 9: 02
RECEIVED

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:22-mj-044-DAS |
| Cory Wayne Patterson | ) | 2242-0913-2409-J |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Cory Wayne Patterson,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Destruction of Aircraft and Transmission of a Threat involving the Destruction of Aircraft

Date: 09/12/2022

_____
*Issuing officer's signature*

City and state: Amory, MS

Judge David A. Sanders, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 09-13-22, and the person was arrested on *(date)* 09-14-22
at *(city and state)* Tupelo, Mississippi.

Date: 09-14-22

_____
*Arresting officer's signature*  9-14-22

John Marsh, FBI
*Printed name and title*