# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

## CRIMINAL MINUTES

**CASE NO. 1:22-MJ-44-DAS**                             **PLACE HELD: OXFORD**

**UNITED STATES OF AMERICA V. CORY WAYNE PATTERSON**

**DATE & TIME BEGUN: 9/14/22 @ 3:09 PM**

**DATE & TIME ENDED: 9/14/22 @ 3:13 PM**

**TOTAL TIME: 4 min**

---

**PRESENT: HONORABLE DAVID A. SANDERS, MAGISTRATE JUDGE**

| | |
|---|---|
| Catherine Servati | Digital Recording |
| Deputy Clerk | Court Reporter |

**ATTORNEY(S) FOR GOVERNMENT:**            **ATTORNEY FOR DEFENDANT:**
Parker King                                                              Tony Farese

---

**PROCEEDINGS: Initial Appearance**

---

**ENTRY TO BE MADE ON DOCKET:**
Hearing held. Defendant appeared with retained counsel. USA requested detention. Defendant stated intent to move for psychiatric evaluation. The Defendant was remanded to the custody of the US Marshal pending a preliminary and detention hearing or psychiatric evaluation. Court adjourned.

**DAVID CREWS, CLERK**

/s/ Catherine Servati
Courtroom Deputy